UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 6 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cr. No. 92-0474 (TFH) |
| WAYNE A. PERRY, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Perry's "Motion to Amend Judgment and Commitment Order" [docket # 351]. The Court

**ORDERS** the government to file a response to the motion within sixty days of the date of this Order. Perry shall then have thirty days to file any reply.

**SO ORDERED.**

March 5, 2007

Thomas F. Hogan
Chief Judge

Copies to:	John Philip Dominguez
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Carolyn K. Kolben
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, NW,
Room 10-441
Washington, DC 20530