# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | Cr. No. 92-0474 (TFH) |
| | ) | |
| v. | ) | |
| WAYNE A. PERRY | ) | |
| | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO AMEND ORDER OF JUDGMENT AND COMMITMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby states that it has no opposition to defendant's motion to amend the judgment and commitment ("J & C") order in the above-captioned case to reflect the defendant's new true name. However, the government requests that this Court explicitly note on the J&C that the order constitutes an "amended" J&C, and further requests that the amended J&C list the defendant's new true name and his former name (i.e., that the J&C states "Nkosi Shaka Zulu-El, formerly known as Wayne A. Perry") to ensure that the law enforcement community has access to defendant's criminal records if the need ever arises in the future.

Respectfully submitted,

JEFFREY TAYLOR
UNITED STATES ATTORNEY

_____/s/_____
ROBERT D. OKUN
Chief, Special Proceedings Division

_____/s/_____
JAMES SWEENEY
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W.
Rm. 10-449
Washington, D.C. 20530
(202) 514-7283
James.Sweeney@usdoj.gov

CERTIFICATE OF SERVICE

  I certify that I caused the foregoing document to be served by sending it first-class mail, postage prepaid, this ___day of April, 2007, upon defendant, Wayne A. Perry, Register No. 95884-004, U.S.P. Max, P.O. Box 8500, Florence, CO 81226.

          _____/s/_____
          JAMES SWEENEY
          Assistant United States Attorney
          Special Proceedings Division
          555 4th Street, N.W.
          Rm. 10-449
          Washington, D.C. 20530
          (202) 514-7283
          James.Sweeney@usdoj.gov