# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                              |     |                        |
|------------------------------|-----|------------------------|
| UNITED STATES OF AMERICA,    | )   |                        |
|                              | )   |                        |
| v.                           | )   | Cr. No. 92-0474 (TFH)  |
|                              | )   |                        |
| WAYNE A. PERRY,              | )   |                        |
|                              | )   |                        |
| Defendant.                   | )   |                        |
|                              | )   |                        |

## ORDER

Pending before the Court is the defendant's "Motion to Amend Judgment and Commitment Order" (# 351). On April 16, 2007, the government responded to Perry's motion, stating that it has no objection. Consequently, the Court **GRANTS** the motion and **ORDERS** that the judgment and commitment in this matter be amended to list the defendant's name as "Nkosi Shaka Zulu-El, formerly known as Wayne A. Perry." The Court further **ORDERS** that the amended judgment and commitment reflect that it is amended.

**SO ORDERED.**

May 16th, 2007

Thomas F. Hogan
Chief Judge

Copies to:

James Sweeney
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Nkosi Shaka Zulu-El,
formerly known as Wayne A. Perry
Reg. No. 95884-004
U.S. Penitentiary – Max
P.O. Box 8500
Florence, CO 81226-8500

2